UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| IN RE: | : CASE NO: 19-20288-MJK |
| | : CHAPTER: 13 |
| HARRIS SHINGLER, JR. | : |
| SHANNA SHINGLER | : |
|    Debtors | : |
| FIRST AGE, LLC, | : |
|    Movant, | : |
| | : CONTESTED MATTER |
| vs. | : |
| HARRIS SHINGLER, JR. | : |
| SHANNA SHINGLER | : |
| M. ELAINA MASSEY, Trustee | : |
|    Respondents. | : |

**AFFIDAVIT IN SUPPORT OF**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

_Augustina Abeyta_, being duly sworn, deposes and states:

1. I am a/an _Foreclosure Case Manager_ of Statebridge Company, LLC, and am authorized to sign this affidavit as attorney in fact for First Age, LLC, with respect to a certain loan (the "Loan") provided to Debtor, which Loan is evidenced by the Note (defined below) and secured by the **Security Deed** (defined below). Statebridge Company LLC services this account for First Age, LLC. All information included in this affidavit is based upon Statebridge's authority as servicer for First Age, LLC. This affidavit is provided in support of the Motion for Relief from Stay filed contemporaneously herewith (the "Motion"). In preparation for signing this affidavit, I have reviewed the Motion and all Exhibits to the Motion.

2. As part of my job responsibilities Statebridge Company, LLC, I am familiar with the types of records maintained by Statebridge Company, LLC, in connection with the Loan and the procedures for creating those types of records. I have access to and have reviewed the books, records and files of

EXHIBIT C

Statebridge Company, LLC that pertain to the Loan and extensions of credit given to Debtors concerning the Property (defined below).

3. The information in this affidavit is taken from Statebridge Company, LLC business records regarding the Loan. I have personal knowledge of Statebridge Company, LLC procedures for creating these types of records. The records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) kept in the course of Statebridge Company, LLC, regularly conducted business activities; and (c) it is the regular practice of Statebridge Company, LLC to make such records.

4. Harris Martin Shingler, Jr. has executed and delivered or is otherwise obligated with respect to that certain promissory note, dated **November 7, 2006**, in the original principal amount of **$30,400.00** (the "Note"). A true and correct copy of the Note is attached to the Motion as Exhibit "A".

5. Pursuant to that certain **Security Deed**, dated **November 7, 2006** (the "**Security Deed**"), all obligations (collectively, the "Obligations") under and with respect to the Note and the **Security Deed** are secured by the Property (as defined in the Motion). A true and correct copy of the **Security Deed** is attached to the Motion as Exhibit "B".

*--remainder of page left intentionally blank*

EXHIBIT C

6. As of **April 28, 2023,** the outstanding amount of the Obligations less any partial payments or suspense balance is **$62,456.65**. This loan matured on **December 1, 2021,** and therefore, the balance of the loan is due in full. Prior to maturation, the account was contractually due for **November 1, 2009** payment.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20 day of April 20, 2023.

Name: Augustina Abeyta
Title: Foreclosure Case Manager

Sworn to and subscribed before me this 20 day of April, 2023

_____
Notary Public

Erika Greco-Page
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID# 20224041675
MY COMMISSION EXPIRES 10/28/2026

EXHIBIT C